UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CV 359 CDP |
| | ) | |
| JEFF NORMAN, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that petitioner's motion to proceed ifp on appeal [18] is granted.

**IT IS FURTHER ORDERED** that petitioner's motion for a certificate of appealability [20] is denied, as the Court previously denied the certificate of appealability on February 13, 2019 and continues to believe that petitioner has not made a substantial showing of the denial of a federal constitutional right. Any future requests for a certificate of appealability should be directed to the Eighth Circuit Court of Appeals, not this Court.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of March 2019.